JODI H. LINKER
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Varell_Fuller@fd.org

Counsel for Defendant WILL-DARNALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASSIE WILL-DARNALL,<br><br>Defendant. | No.  24-CR-00292 PCP (VKD)<br><br>UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE<br><br>Judge: Hon. Virginia K. DeMarchi |

      Defendant Cassie Will-Darnall, by and through counsel, respectfully requests that the Court temporarily modify her pretrial release conditions to permit her to travel to Longview, Colorado, for a ski trip from December 17 to 23, 2025. The purpose of Ms. Will-Darnall's travel is a personal vacation with her minor child. Counsel has conferred with Pretrial Services Officer Yaneyla Arevalo-Arellano and Assistant United States Attorney Sarah Griswold, and neither objects to this modification.

//

//

Motion to Temporarily Modify Conditions of Pretrial Release
WILL-DARNALL, 24-292 PCP

Dated: December 2, 2025

JODI H. LINKER
FEDERAL PUBLIC DEFENDER

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon the defendant's unopposed motion, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are temporarily modified to permit the defendant to travel from San Jose to Longview, Colorado from December 17, 2025 to December 23, 2025.

All other conditions are to remain in full effect.

IT IS SO ORDERED.

DATED: December 2, 2025

*Virginia K. DeMarchi*
THE HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge